FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB 18 P 12: 34

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHNELL M. HOLMES                              CIVIL ACTION

VERSUS                                         NO. 00-0228

CHARLES C. FOTI, JR., ET AL                    SECTION "S" (5)

ORDER OF RECUSAL

I hereby recuse myself pursuant to the provisions of 28 U.S.C. § 455 (a), because my husband, as a Justice on the Supreme Court of Louisiana, participated in the denial of petitioner's request for a supervisory and/or remedial writ. See *State v. Holmes*, 546 So.2d 183 (La. 1989).

New Orleans, Louisiana, this 16th day of February, 2000.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

REALLOTTED TO
SECT. A

1

FEB 18 2000

DATE OF ENTRY

Fee
Process
X Dktd
CtRmDep
Doc.No.