

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHNELL M. HOLMES                           CIVIL ACTION

VERSUS                                      NO. 00-0228

CHARLES C. FOTI, JR. ET AL.                 SECTION "K" (5)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that the plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. section 1915(e) as frivolous.

New Orleans, Louisiana, this _22_ day of _MARCH_, 2000.

DATE OF ENTRY
MAR 2 2 2000

UNITED STATES DISTRICT JUDGE

___Fee_____
___Process____
_x_Dktd_____
___CtRmDep____
___Doc.No._6__