FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAR 23 P 2: 18

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHNELL M. HOLMES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0228** |
| **CHARLES C. FOTI, JR. ET AL.** | **SECTION "K" (5)** |

### J U D G M E N T

The court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of the defendants, and against the plaintiff Johnell M. Holmes, dismissing the plaintiff's complaint with prejudice.

New Orleans, Louisiana, this _22d_ day of _March_____, 2000.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
MAR 2 3 2000

Fee_____
Process____
X Dktd_____
CtRmDep____
Doc.No._____